# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br> Remaining Debtors. <br><br> MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD E. ATTIG; STEPHANIE L. ATTIG, <br><br> Defendants. | Chapter 11 <br><br> Case No. 17-12560 (BLS) <br><br> Jointly Administered <br><br><br><br><br><br><br><br> Adv. Pro. No. 19-50325 (BLS) |

## MEDIATION STATUS REPORT

In accordance with this Court's *Order Assigning Adversary Proceeding to Mediation and Appointing Mediator*, dated November 6, 2020, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected scheduled for completion.

The undersigned mediator expects that the mediation will be concluded no later than April 30, 2021 for the following reasons:

\_\_\_\_\_ A mediation session is scheduled to occur on _____.

\_\_\_\_\_ A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

__X__ OTHER: The mediation session needs to be scheduled, and the mediator expects that scheduling will be finalized in January 2021.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Dated: January 4, 2021

        */s/ Lucian B. Murley*
        Lucian B. Murley (DE Bar No. 4892)
        **SAUL EWING ARNSTEIN & LEHR LLP**
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE  19899
        Telephone: (302) 421-6898
        luke.murley@saul.com

cc:    Jason Pomerantz, Esq.
        Brian A. Sullivan, Esq.